# EXHIBIT A

Mr. Steven Bryan
888 Sliver Lane, Inc.
PO. Box: 380804   HFD, County
East Hartford CT, 06138-0861
Cell Phone 1(860) 992-7367
Home Phone 1(860) 817-7549
V.
Niagara Bottle Water Inc.
380 Woodland Ave, Bloomfield CT, 06002

Superior Court J.D. of Hartford
At Hartford Judicial Branch CT,
95 Washington Street date 12/06/17
Hartford, CT 06106
pleases Review, Doc Attachments. REI

1(877) 487-7873 or 1909-226-4049

### Wrongfully Termination Racial Profiling Discrimination:

1. CHRO, 46a-58(a) 46-60(a) (4) 46a-80 and Title V11 of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e and the Civil Rights Act of 1991 (15 or more employees) Age Discrimination in Employment Act, of 1967, 29 U.S.C. 621-634 (20 or more employees) Title 29, code of Federal Regulation (29 CFR part 1602 (see particularly sec. 1602. 14 list for Title V11 and the ADA sec 29, CFR part 1620 for CHRO, my equal employment personal and equal right opportunity records relevant Evidence and facts are brought to the Investigators of CHRO, and managers and HR of Niagara Bottling Water Inc. supervisor Greg Seyfried & Niagara HR, Julian Hill about what Ms. Carolina and Tom Gallaghen, had did to me during my quality training with no regards to race? at the time of the crime but still no response it's about two months after my Termination still no response to the first time I had experience Discrimination and racial profiling started on or about 11/02/16, I was training out of the state at location was in Atlanta GA, 47 Niagara way, Newnan GA, 30265, # 1(909)-230-5000, it was early evenly on 11/3/16.

2. I was inquiring about a Jacket to Carolina because of my position that I'm training for it required for me to be outside in a guard shack? And it was very cold & we are required to dress in warm closing & it was very cold & being outside in the early morning and remembering on 11/02/16, during orientation I had the opportunity to have met the top floor quality CEO, Mr. Andy Peykoff II, President & CEO and Andrew Peykoff Sr. Founder & Chairman amen, of and son of Niagara Inc. Quality top floor Operations manager and warehouse supervisor plus training Director/Manager Ms. Michelle M, Perry bless, whom humble forevermore I respect & above all I honored had explain to all of us on or about 11/2/16 to all of us about 10 of us new hired including myself present at 47 Niagara way, Newnan GA, 30265, the rules regulation and laws that are required of us during our visit and as quality Niagara B, Water Inc. She also explain that they will be providing us all uniforms & water beverages available for us during our stay yes 'she did uh huh' please believe me' god knows amen, I shall not tell any lies I felt so alive for the very first time I haven't traveled in 10 years it's been an horrible years for me see"☺..!!?I never been to a Manufacturing plant, before in my life uh huh' yes nor have ever been to Newnan Atlanta GA 30265, I was so very happy during my stay there it was such an amazing feeling? It was one of the most amazing lifelong waiting dream jobs that I always been dream of.

3. And it was very cold in our location the son reaches us about lunchtime every morning and it's winter time so I prompt to asked the secretary Ms. Carolina, for a Jacket that morning because I was very cold in the morning being that I had on only a T shirt on & the Company rules/laws and policy that I didn't and wouldn't ever Violated at all required that for all team members/staffs and Employees shall always be wearing proper Niagara Bottling Water Inc. Closing allowed at work and company property so by law it was mandatory & apart of my Job Titled to have proper work closing? So I did politely respectfully ask and explain the reason for my request for a Jacket and she ask me that is my Jacket size and I responded that I'm an extra Large/XL, Ms. Carolina,? Told me I was to come back to see her on my break because she was very busy scanning fingerprinting & ID, all of us new hired in and others new hired scan ID fingerprint in to the Niagara employment system.

4. So I did go back to see her on my lunch break & when I did see her she told me that she was still busy? and she responded that I have not forgotten you and that I was supposed to come back see her before I lift work that day so I complied immediately when I saw her she told to wait for her in the lunchroom she was still proceeding us all and other into the system so I did waited for about 35 minutes in the lunch room shortly after my co-worker Cody, whom I was carpooling and sharing the company renter car with? came out from his shift and I explain to him what I was doing & who & why not long after I explain to him he's started focusing me to leave and that he was every sleepy and hungry and tired and he to needed to leave & he also said he did need any Jacket and that I was supposed get him the keys and try to get a ride back from one of the guys or ask Greg if he could take me back to the hotel on the way back?

So I responded she ask for me to wait so I didn't want just get up and leave with no regards to her knowledge and it would be rude of me just to get up and leave after she instructions for me to wait right where I was for her 5minutes pass Cody started getting upset at me for having waited for me and something that he didn't need nor want so I reply let me check if she is done or at her disk? And I did check to see if she was done to she so we both started heading out when I saw her sitting at her disk explain to her that we was waiting for about 35 minutes and Cody had to leave on or about 11/3/16, to 11/4/16, between 3.40 pm, eastern standard time Zion? And that I was his ride? When she immediately responded to me? For you you're requesting from me about a Jacket? I am going have to say no I cannot give you and Jacket.

One our Jackets are for our Atlanta plaint team members' and I quote in truth & in Conscious quality safer religious heart mind body soul both physically and Spiritually amen, believe in unification love peace honor respect & Harmony forevermore dew for his Majesty God amen, uh huh' plus she explain her reason are as followed one if I give you a Jacket then I'm going to have to give everyone else sweaters /shirts/cups and Jackets and she stress buy the time she got done doing that? They would not be any uniforms lift for our plaint location peoples and that they only have ordered a limited amount orders and stocks inventories of supplies for our Atlanta Plaint and she also stressed that just like you are not from Atlanta? You guys are from Connecticut plaint you guys limited order and limited amount of uniforms and inventories for you're our plaint with Mr. Cody, standing right next to me with five cameras recording our conversations that afternoon on or around 3.40 pm to 3.45 pm Eastern Standard Time Zion, that are pacifically only for staffs and team members of Atlanta location and that's why she was not going grant or

provide me with my equality right & employees opportunity as an Quality Niagara B, Water Inc. employee at this time so I respectfully replied without hate or dislike at all to Ms. Carolina, please can you please forgive for bordering you for your Jacket you can keep the Jacket with dishonesty aloud and I also asked her if I was rude or disrespectful to her in way at all? And Ms. Carolina replied no Steven, you was not rude or disrespectful at all for taking the time to ask me for a Jacket? And I ask her do we still need to sign out? She said yes you guys are visitors here and every day you guys are still her working you are required to sing in and sing out so all are accounted for in our system uh huh? Yes truly and I said thank you Ms. Carolina, and have and bless holiday and she reply Thank you and please do the same? As we exiting the door I replied to Cody when we wear sign-out so we waited 35 minutes for nothing?

His response was no you have me setting waiting 35 minutes on you for something that didn't need and right after got outside in front the door Cody stop? And head back inside though the side door into the building and I so waited for him about 5 minute later until Cody came back out jumped in the car upset I ask him what happen you stop and walked away back inside?
His response was laude its none of my business why do I care I when to get my bottle of the table that I lift I know that was a lie because have your bottle in your bag that's when Cody started screaming at me in the car that do I think I'm tell uh' uh' if I want to go back inside I can I don't need your permission nor I do not need to explain anything you so I kept my mouth shot and proceeded to exit the parking lot when we was driving I side you didn't have to lie to me he replied rudely you need to that I do and you was very rude to Carolina, that when I side no I was not and he started getting laude at me? Telling me that I was disrespectful so I response Cody if you can tell and explain to why I was rude and disrespectful to Carolina I will talk to work every day to Work from now on? And that when in started saying that he needed to drive to and from work from now on and he needed the car keys because he had plains to meet a friend after work? And if I need the car anytime all have to do is just ask him for the keys.

For some reason I stayed down stairs in the hotel lobby watching TV, the Election later on that evenly my supervisor Greg Seyfried, walking from work? we both saw each other & he started to explain Steven? their there was an Complainant from Cody and Carolina about me and my beaver today he want hair happen from side of the story so I explain to everything about the conversation between Carolina and I on or about 11/3/16 to 11/4/16, so he listen and explained that an apology was so I agreed to do so and reassure me that should worry too' about I should get some I got a busy day tomorrow so agreed.

5. FEPA change no. with no regards to CHRO general Statutes and Superior Court Judicial Magistrate & Judges amen, please I'm pledging to you please Stop discrimination and Racial profiling in this life and into our Children's birth and promising future thank you have an amazing Merry Christmas, a truly safer quality peaceful hard working Conscious Productive New Years, forevermore men.

*Steven Bryan*

CHARLES DINGLE
CONNECTICUT MARSHAL
HARTFORD COUNTY